Check Number 1016 Dated 10/22/14
Case Number 13-14288 - GARVIN, STEVEN R.

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243<br>0617 | 000004 | 21,842.71 | 19,060.57 |
| Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243<br>9204 | 000005 | 12,297.18 | 10,730.87 |
| ---------- Remittance Total ---------- | | 34,139.89 | 29,791.44 |

*/s/ signature*
STEVEN SCOTT DAVIS